NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MICHAEL ALEXANDER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2010-7035

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2482, Judge Ronald M. Holdaway.

**ON MOTION**

**O R D E R**

Michael Alexander and the Secretary of Veterans Affairs move for a 14-day extension of time, until March 29, 2011, to comply with the court's March 26, 2010, order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

<u>MAR 2 4 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Christopher R. Liro, Esq.
     Shelly D. Weger, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 2 4 2011

**JAN HORBALY**
**CLERK**